Case 4:24-cv-01292   Document 7   Filed on 05/16/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Christopher Smith, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § | |
| v. § § | Civil Action No. H-24-1292 |
| Cadence Bank, § § | |
| Defendant. § | |

### ORDER

On May 15, 2024, Plaintiff, Christopher Smith, individually and on behalf of all others similarly situated, filed a Notice of Dismissal without Prejudice (docket no. 6) stipulating to the voluntary dismissal of this action against Defendant, Cadence Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 16th day of May, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE